UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**IN ADMIRALTY**

In the Matter of the Complaint of:
BRADLEY CHAMBERS and KEVIN SCOTT,
as owners of THE ISLANDER, 38
Pleasure Vessel and MICHAEL R.
KALLBERG And ROBIN KALLBERG, as
demise charterers Of THE ISLANDER
for Exoneration From or Limitation
of Liability,

Case No. 3:09-cv-1043-J-20HTS

    Petitioners,

**O R D E R**

  A Second Amended Complaint for Exoneration from or Limitation of Liability (Doc. #12; Complaint) having been filed herein by the above-named Petitioners, as owners and demise charterers of the vessel "THE ISLANDER," for exoneration from or limitation of liability, pursuant to 46 U.S.C. § 30501, *et seq.*, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure (Supplemental Rule(s)), for any damages or injuries caused by or resulting from an incident that occurred on or about May 11, 2009, while said vessel was docked at a marina in Fernandina Beach, Florida;

  And the Complaint having indicated that the value of Petitioners' interest in said vessel does not exceed $2,500.00, *see*

Complaint at 3; *see also* Affidavit of Value, attached to the Complaint as Exhibit B, at (externally numbered) 8, and Petitioners having stated there is no pending freight, *see* Complaint at 3;

And Petitioners having submitted to the Court as security for the benefit of claimants an Ad Interim Stipulation for Value (Doc. #14; Stipulation), constituting an undertaking in the sum of $2,500.00, representing the value of the vessel, with costs and interest at ten percent (10%) per annum from its date, *see* Stipulation at 2, executed by OneBeacon Insurance Company, as surety, and the Motion to Approve Security (Doc. #17) hereby being **GRANTED**;

The Amended Motion for Issuance of Order Restraining Prosecution of Claims (Doc. #8) is **GRANTED** to the extent it is **ORDERED**:

1. The above-described instrument filed by Petitioners with the Court for the benefit of claimants, in the sum of $2,500.00, as security for the amount or value of Petitioners' interest in the aforesaid vessel, is hereby approved.

2. The Court, upon motion, shall cause the due appraisement of such value and may thereupon order the said security increased or reduced if it finds the amount thereof insufficient or excessive; and, upon demand, the Court may similarly order such

increase or reduction if it finds that such an order is necessary to carry out the provisions of 46 U.S.C. § 30501, *et seq.*

3.  A notice shall be issued by the Clerk of the Court to all persons asserting claims with respect to which the Complaint seeks limitation or exoneration, admonishing them to file their respective claims with the Clerk of the Court in writing, and to serve on attorneys for Petitioners a copy thereof on or before February 19, 2010, or be defaulted, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability he or she shall file and serve on attorneys for Petitioners an answer to the Complaint on or before the said date, unless his or her claim has included an answer to the Complaint, so designated.

4.  The aforesaid notice shall be published by Petitioners in an approved newspaper once a week for four successive weeks prior to the date fixed for the filing of claims as provided by Supplemental Rule F and Rule 7.06(a), Local Rules, United States District Court, Middle District of Florida, and copies of the notice shall be mailed in accordance with Supplemental Rule F, including the provision pertaining to cases involving death.  Not later than the day of second publication, Petitioners shall also mail a copy of the notice to every person known to have made any

claim against the vessel or Petitioners arising out of the voyage or trip on which the claims sought to be limited arose.

5. The further prosecution of any and all actions, suits and proceedings already commenced and the commencement or prosecution thereafter of any and all suits, actions, or proceedings, of any nature and description whatsoever in any jurisdiction, and the taking of any steps and the making of any motion in such actions, suits, or proceedings against Petitioners, or against the vessel "THE ISLANDER," or against any property of Petitioners except in this action, to recover damages for or in respect of any damages or injuries caused by or resulting from the matters alleged in the Complaint, be and they hereby are restrained, stayed, and enjoined until the hearing and determination of this action.

**DONE AND ORDERED** at Jacksonville, Florida, this 5th day of January, 2010.

/s/     Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:
Counsel of record and
    pro se parties, if any